UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14261-ROSENBERG/MAYNARD

HOWARD MICHAEL CAPLAN,

   Plaintiff,

v.

SANDS RACING SERVICES, INC. d/b/a
AUTO CLINIC OF STUART,

   Defendant.
_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Defendant was served with Plaintiff's Complaint on July 27, 2020. DE 5. Defendant's response to the Complaint was therefore due on August 17, 2020, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i). To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall submit a *Motion for Entry of Clerk's Default* by no later than **August 26, 2020**. Plaintiff's failure to file the *Motion for Entry of Clerk's Default* within the specified time may result in a **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of August, 2020.

Copies furnished to:  
Counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE